

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00675-CV

Tom **RETZLAFF,**
Appellant

v.

Philip R. **KLEIN**, Klein Investigations & Consulting, and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's order is AFFIRMED. The stay imposed by this court's October 21, 2016 order is LIFTED. It is ORDERED that Appellees Philip R. Klein, Klein Investigations & Consulting, and James W. Landess recover the costs of this appeal from Appellant Tom Retzlaff.

SIGNED August 2, 2017.

_____
Karen Angelini, Justice